**STATE of Missouri, Respondent,**

v.

**Eldon W. LEONARD, Appellant.**

**No. WD 59100.**

Missouri Court of Appeals,
Western District.

Dec. 4, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 29, 2002.

Application for Transfer Denied
March 19, 2002.

Andrew A. Schroeder, Asst. Public Defender Office, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Susan L. Brown, Assistant Attorney General, Jefferson City, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, PATRICIA A. BRECKENRIDGE, Judge, and LISA WHITE HARDWICK, Judge.

**ORDER**

Eldon Leonard appeals the circuit court's judgment convicting him of at-tempting to manufacture a controlled substance. We affirm. Rule 30.25(b).